IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JEFFREY R. GREEN )
)
    Plaintiff, )
)
vs. )
)
ALLSTATE INSURANCE COMPANY )
)
    Defendant. ) Case No. 3AN-11-10?? CI
_____)

## COMPLAINT

Come now the plaintiff, JEFFREY R. GREEN, and for the causes of action of this complaint states and alleges as follows:

1. Plaintiff is a resident of the Third Judicial District for the State of Alaska.

2. The defendant ALLSTATE INSURANCE COMPANY is a foreign corporation doing business within the State of Alaska.

3. All incidents relevant to the causes of action of this complaint occurred in the Third Judicial District for the State of Alaska.

4. The Plaintiff is the owner of a rental property located at 411 E. 46th Place in Anchorage. The Plaintiff had purchased a homeowners policy for that property through the defendant Allstate Insurance Company. The insurance policy insured against losses sustained by the Plaintiff (and his loss payee Wells Fargo) due to fire. The policy was in effect on October 21, 2010.

5. On October 21, the subject property substantially destroyed by a fire. The Plaintiff presented the Defendant with timely notification of the loss and presented a claim for damages.

LAW OFFICE OF
J. MITCHELL JOYNER
810 WEST SECOND AVENUE
ANCHORAGE, ALASKA 99501
TEL: (907) 274-5646  FAX: (907) 272-4851

LAW OFFICE OF
J. MITCHELL JOYNER
810 WEST SECOND AVENUE
ANCHORAGE, ALASKA 99501
TEL: (907) 274-5646 FAX: (907) 272-4851

6. Allstate Insurance Company is under a contractual duty to pay for the Plaintiff's losses for damage to the structure, lost rents, mortgage payments to the loss payee, lost personal property, and the cost of removal of the debris from the damaged property.

7. Neither Allstate or its agents are aware of any facts which support a conclusion that the Plaintiff, or someone acting on Plaintiff's instructions, intentionally caused the fire and intended that the structure be destroyed by that fire.

8. Despite the lack of evidence that Plaintiff was not involved in the intentional destruction of the structure, the defendant Allstate has to date refused, without good cause, to pay any of the losses covered by the insurance agreement between the Plaintiff and the Defendant.

### First Cause of Action
### [Breach of Contract]

9. The Plaintiff realleges and incorporates paragraphs 1 through 8 of this complaint into this first cause of action.

10. Allstate Insurance Company has breached its agreement with the Plaintiff by failing to pay him (or his loss payee) all the benefits which are payable under his policy.

11. As a direct and proximate result of the Defendant's Breach of Contract the Plaintiff is entitled the damages set forth in Paragraph 15 of this complaint.

### First Cause of Action
### [Insurance Bad Faith]

12. The Plaintiff realleges and incorporates paragraphs 1 through 12 of this complaint into

this second cause of action.

13. The Defendant owed the Plaintiff, as its insured, a duty of good faith and fair dealing in the handling of Plaintiff's insurance claim.

14. The Defendant breached its duty to the Plaintiff by:

    a. Failing to properly investigate the Plaintiff's claim;

    b. Concluding that an exclusion within the policy was applicable based on conjecture and supposition and not based on evidence; and

    c. Failing to take into account evidence which did not support the application of the policy exclusions.

15. As a direct and proximate result of the Defendant's failure to act in good faith and deal fairly with the Plaintiff, the Plaintiff has suffered the following injuries and damages:

    A. Loss of the benefits due him under the Allstate Homeowners Policy;

    B. Non-economic damages; and

    C. Consequential economic damages

WHEREFORE, the Plaintiff prays this court grant him the following relief:

    A. For compensatory damages to be proven at trial in excess of one hundred thousand dollars ($100,000.00);

    B. For any other relief this court deems just and equitable;

    C. For an award of costs and attorney fees.

LAW OFFICE OF
J. MITCHELL JOYNER
810 WEST SECOND AVENUE
ANCHORAGE, ALASKA 99501
TEL: (907) 274-5646 FAX: (907) 272-4851

DATED this __12__ day of August, 2011.

                                              LAW OFFICE OF J. MITCHELL JOYNER
                                              Attorney for Plaintiff

                                              J. Mitchell Joyner
                                              Alaska Bar No. 8406031

LAW OFFICE OF
J. MITCHELL JOYNER
810 WEST SECOND AVENUE
ANCHORAGE, ALASKA 99501
TEL: (907) 274-5646 FAX: (907) 272-4851