IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEFFREY R. GREEN,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant.<br>───────────────────────<br>ALLSTATE INSURANCE COMPANY,<br><br>    Counterclaim Plaintiff,<br><br>  vs.<br><br>JEFFREY R. GREEN,<br><br>    Counterclaim Defendant.<br>─────────────────────── | JUDGEMENT IN A<br>CIVIL CASE<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:11-cv-00210-TMB |

This action came before the Court and a jury for bifurcated trial, with the Honorable Timothy M. Burgess, U.S. District Court, presiding. The issues of liability on Plaintiff's claim against Defendant and the limited issue of the value of Plaintiff's personal property were the only issues submitted for

resolution by the jury. The jury rendered its Special Verdict in favor of Plaintiff on September 13, 2013.

A subsequent hearing was held on January 3, 2014, before the Court only to resolve all remaining issues of damages payable under the policy. The Court issued a Memorandum of Decision on June 5, 2014.[1] On August 14, 2014, the Court issued a subsequent Order modifying the amount awarded to the Plaintiff.[2] On March 26, 2015, the Court issued another Order, again modifying the amount awarded to Plaintiff.[3] The parties further discussed this Order and agreed to the entry of judgment of the following amounts. It is therefore ORDERED and ADJUDGED that Plaintiff Jeffrey R. Green shall recover from, and have a judgment against, Defendant Allstate Insurance Company as follows:

A. Principal Amount:

| | |
|---|---:|
| Remainder of ACV | $118,144.86 |
| Personal Property | $ 80,000.00 |
| Past ALE | $ 22,350.00 |
| Past lost rental income | $  2,862.00 |
| Sub-Total: | $223,356.86 |

B. Prejudgment Interest on $223,356.86
(computed at the annual rate of 3.75%
from October 21, 2010, to April 14, 2015,
is $37,542.31)                                               $37,542.31

---

[1] Dkt 361.
[2] Dkt 381.
[3] Dkt 411.

| | | |
|---|---|---|
| C. | Future Lost Income | $ 324.00 |
| D. | Sub-Total: | $261,223.17 |
| E. | Attorney fees based on ARCP 82(b)(1) | $ 28,622.32 |
| F. | Costs | $_____ |
| G. | TOTAL | $_____ |

H. Post-Judgment Interest rate, pursuant to 28 USC § 1961, is   .22  .

DATED this   14   day of   April   2015.

By:   s/TIMOTHY M. BURGESS  
Timothy M. Burgess  
U.S. District Court Judge