# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| JEFFREY R. GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant,<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>JEFFREY R. GREEN,<br><br>    Counterclaim Defendant, | Case No. 3:11-CV-00210-TMB |

## MOTION FOR RELIEF FROM STAY AND FOR DELIVERY OF SUPERSEDEAS BOND TO PLAINTIFF

Comes now the Plaintiff, Jeffrey R. Green, by and through his attorney, J. Mitchell Joyner, and moves this court pursuant to Rule 8(a)(1)(C) of the Rules of Appellate Procedure and moves this court for an order suspending the stay of proceedings against Allstate Insurance Company and for an order for the payment of the supersedeas bond to the Plaintiff.

LAW OFFICE OF J. MITCHELL JOYNER
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-5646

This motion is supported by the memorandum of law and proposed order attached hereto.

DATED this 3rd day of February, 2016

        LAW OFFICE OF J. MITCHELL JOYNER
        Attorney for Plaintiff

        /s/ J. Mitchell Joyner
        J. Mitchell Joyner
        ABA# 8406031

I certify that on February 3, 2016,
the forgoing was served electronically on:

Rebecca Hozubin
Hozubin Moberly


s/Kyle Andrews

LAW OFFICE OF J. MITCHELL JOYNER
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-5646